DAVID HOROWITZ, P.C.
COUNSELOR AT LAW
171 MADISON AVENUE, SUITE 1300
NEW YORK, NEW YORK 10016
T#: 212-684-3630
F#: 212-685-8617

January 10, 2018

<u>VIA ECF</u>

Honorable Robert W. Sweet
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
New York, New York 10007

                Re: <u>Brown v. Wal-Mart Stores, Inc.</u>
                    Docket Number: 17-CV-05290 (RWS)

Dear Judge Sweet:

      This office represents the plaintiff Naomi Brown in the above referenced negligence case. I am writing to advise the court that plaintiff will not be opposing defendant's motion to change venue. The motion is presently returnable on February 7, 2018.

                                Respectfully submitted,

                                DAVID HOROWITZ, P.C
                                Attorneys for Plaintiff

                                By: <u>/s/ Christopher S. Joslin (3246)</u>
                                      171 Madison Avenue, Suite 1300
                                      New York, New York 10016
                                      Tel: (212) 684-3630
                                      Fax: (212) 685-8617

CJ:em